# In the United States Court of Federal Claims

Case No. 06-18C
(Filed: June 2, 2006)

*****************************************************
MACON HOUSING PARTNERS, L.P., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

Defendant is hereby ORDERED to file **its response to Plaintiff's Complaint** no later than **June 9, 2006.** According to the docket, the Defendant's Answer was due March 6, 2006.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge