IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MACON HOUSING PARTNERS, L.P., Plaintiff, | ) | |
| v. | ) | No. 06-18C (Judge Baskir) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME OUT OF TIME

Defendant respectfully requests an enlargement of time, to and including June 19, 2006, within which to respond to plaintiff's complaint. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has authorized us to state that plaintiff does not oppose this motion.

Defendant's answer was due on March 6, 2006. On June 2, 2006, the Court issued an order directing that an answer be filed by June 9, 2006. Government counsel first discovered the issuance of this order, and the circumstances that led to its issuance, on Friday, June 16, 2006. Until that time, Government counsel was under the mistaken impression that this case had been stayed pursuant to a joint motion to stay that Government counsel thought had been filed on March 3, 2006. These circumstances surrounding this error are as follows:

This case is one of approximately 260 related suits filed in this Court since August 6, 2004, and one of 15 cases that were filed on or about January 5, 2006. As was true of the other related suits, the parties agreed to file joint motions to stay these 15 cases, pending Alternative Dispute Resolution ("ADR") proceedings before Judge Horn, to whom these cases had been referred pursuant to the Court's ADR pilot program. On March 3, 2006, joint motions to stay were in fact filed electronically by Government counsel in all of the above-mentioned 15 cases

except this one, and all of those motions were subsequently granted. A joint motion to stay was also prepared for this case, but, inadvertently, it was not filed. Government counsel did not discover this omission until June 16, 2006.

Further, since March 3, 2006, Government counsel received notice, through the Courts electronic filing system, of various orders issued in these 15 cases and numerous other related cases. With respect to the cases in which stay motions were filed on March 3, 2006, most if not all of these were orders granting our stay motions, and, in some instances, prescribing dates form the filing of joint status reports. Indeed, on June 2, 2006, alone, stay orders were entered in nine of the related cases: Nos. 06-240C, 06-241C, 06-242C, 06-262C, 06-263C, 06-272C, 06-274C, 06-275C, and 06-276C. Inadvertently, however, Government counsel initially overlooked the order entered in this case on June 2, 2006, and did not realize that an answer was still due and that the order directed the filing of the answer by June 9, 2006.

If, as we anticipate, a joint motion to stay this case is filed on or before June 19, 2006, the request will be to stay all proceedings, which would defer responsive pleading until the expiration of the stay, as in the other related cases discussed above. In any event, the enlargement of time that we are requesting will not cause any delay in the resolution of this action. In fact, in the course of recent ADR sessions before Judge Horn, the attorneys for the parties resolved the principal issues involved in settling these cases, and hope to submit a proposed settlement agreement for final approval by both parties in the near future.

For the foregoing reasons, we respectfully request that our motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/David M. Cohen**
DAVID M. COHEN
Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

**Filed Electronically**

June 16, 2006